IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 11-3868 |
| | : | |
| AMANJEET KAUR, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 19th day of July, 2012, upon consideration of the defendant's motion for judgment on the pleadings (Doc. No. 11), the government's response in opposition (Doc. No. 12), and the defendant's reply thereto (Doc. No. 13), and following oral argument on the motion, **IT IS HEREBY ORDERED** that the motion (Doc. No. 11) is **DENIED** as follows:

1. The defendant's statute of limitations, collateral estoppel, and waiver eligibility arguments are without merit and her motion for judgment on the pleadings on these issues is **DENIED WITH PREJUDICE**.

2. The defendant's argument that Ms. Kaur did not procure her citizenship through an illegality is **DENIED WITHOUT PREJUDICE** to re-raise the issue after conducting discovery.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.