IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CIVIL ACTION** |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | 2-11-cv-03868-LS |
| | ) | |
| **AMANJEET KAUR,** | ) | |
| | ) | |
| **Defendant,** | ) | |

## MOTION FOR SUMMARY JUDGEMENT

Defendant, Amanjeet Kaur, through her attorney, John J. Hykel, Esquire moves this Court for an Order granting summary judgement in her favor. In support of this Motion, Defendant incorporates herein the attached Memorandum of Law in support hereof.

Respectfully submitted,

8-15-2013
**Date**

/s/John J. Hykel
**John J. Hykel**
**PA Attorney ID 22884**
**Suite 1300**
**2 Penn Center Plaza**
**1500 JFK Boulevard**
**Philadelphia, PA 19102**
**215-405-0555**
**215-405-0449 (fax)**
jhykel@aol.com

*Counsel for Defendant*