# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTERICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 2:11-cv-3868-LS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMANJEET KAUR, | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff United States of America respectfully moves for summary judgment. The grounds for the motion are set forth in the attached supporting memorandum of law.

Respectfully submitted this 16th day of August, 2013.

Dated:  August 16, 2013                                         Respectfully submitted,

STUART F. DELERY                                                /s/ *Stacey I. Young*
Assistant Attorney General                                      STACEY I. YOUNG
Civil Division                                                  Trial Attorney
                                                                District Court Section
DAVID J. KLINE                                                  Office of Immigration Litigation
                                                                Civil Division
WILLIAM C. SILVIS                                               U.S. Department of Justice
Senior Litigation Counsel                                       P.O. Box 868, Ben Franklin Station
Office of Immigration Litigation                                Washington, DC  20044
District Court Section                                          Telephone:  (202) 305-7171
                                                                Facsimile:  (202) 305-7000
                                                                E-mail:  Stacey.young@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2013, I electronically filed Plaintiff's Motion for Summary Judgment through the CM/ECF system for the United States Court of Appeals for the Ninth Circuit. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    <u>s/ Stacey I. Young</u>
    STACEY I. YOUNG
    Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 305-7171
    Dated:  August 8, 2013
    E-mail: stacey.young@usdoj.gov