IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 11-3868 |
| AMANJEET KAUR, | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 27th day of January 2014, upon consideration of the parties' cross motions for summary and judgment (docs. no. 57 and 58) and responses thereto (docs. no. 61, 62, 63 and 64), **IT IS HEREBY ORDERED**:

    1.) The plaintiff's motion for summary judgment (doc. no. 58) is **GRANTED**;

    2.) The defendant's motion for summary judgment (doc. no. 59) is **DENIED**;

    3.) The March 20, 2008 order admitting Amanjeet Kaur to citizenship is revoked and set aside;

    4.) Certificate of Naturalization No. 30807439 is cancelled;

    5.) Amanjeet Kaur is forever restrained and enjoined from claiming any rights, privileges, benefits or advantages under any document evidencing United States citizenship;

6.) Amanjeet Kaur shall immediately surrender and deliver to the Attorney General of the United States, or his designee, her Certificate of Naturlaziation No. 30807439 and any other indicia of United States citizenship, including but not limited to, Ms. Kaur's United States passport; and

7.) The clerk of the court is directed to mark this case **CLOSED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.